\GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SCOTT PETERSEN** | Crim. No.  3:19-CR-18-002(CAR) |

On May 27, 2020, Scott Petersen was sentenced to Time Served, to be followed by three years of supervised release, for the offense of Possession of Psilocyn with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Peterson has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended he be discharged from supervision.

Respectfully submitted,

*Argelys Medina*

Argelys Medina
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered the supervised releasee be discharged from supervision and the proceedings in the case be terminated.

Dated this __24__ day of __October__, 2022.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE